Childs Play of New City Patricia Riley-Tesi, OTR/L v Global Liberty Ins. (2020 NY
Slip Op 50989(U))

[*1]

Childs Play of New City Patricia Riley-Tesi, OTR/Lv Global Liberty
Ins.

2020 NY Slip Op 50989(U) [68 Misc 3d 130(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-1286 K C

Childs Play of New City Patricia Riley-Tesi,
OTR/L, as Assignee of Amelia Dossantos, Respondent,
against
Global Liberty Insurance, Appellant. 

Law Office of Jason Tenenbaum, P.C. (Jason Tenenbaum of counsel), for appellant.
Law Offices of Ilona Finkelshteyn, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Lorna J.
McAllister, J.), entered April 17, 2018. The order, insofar as appealed from and as limited by the
brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed
to appear for duly scheduled independent medical examinations. By order entered April 17, 2018,
the Civil Court, insofar as is relevant to this appeal, denied the motion, but found, in effect
pursuant to CPLR 3212 (g), that defendant had established timely mailing of the denial of claim
forms.
For the reasons stated in Colin, as Assignee of Tyrell Sloan v Global Liberty Ins. Co. of
NY (___ Misc 3d ___, 2020 NY Slip Op ______ [appeal No. 2018-2315 K C], decided
herewith), the order, insofar as appealed from, is reversed and defendant's motion for summary
judgment dismissing the complaint is granted.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020